UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| John Herbaugh,<br><br>    Petitioner,<br><br>  v.<br><br>State of Nevada, *et al.*,<br><br>    Respondents. | Case No. 3:25-cv-00473-ART-CSD<br><br>Order |

John Herbaugh has submitted what he has styled as a *pro se* petition for writ of habeas corpus. (ECF No. 1-1.) He has not, however, paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2. This action therefore is subject to dismissal without prejudice as improperly commenced. However, it is unclear from the papers presented whether a dismissal without prejudice will materially affect a later analysis of any timeliness issue with respect to a new action.

It is therefore ordered that within **30 days** of the date of this order Petitioner must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

It is further ordered that failure to do so will result in the dismissal of this action without prejudice and without further prior notice.

The Clerk of Court is directed to retain the petition but not file it at this time.

//

//

1

Dated this 16th day of October 2025.

                                                        _____
                                                        ANNE R. TRAUM
                                                        UNITED STATES DISTRICT JUDGE