UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN HERBAUGH,<br><br>      Petitioner,<br> v.<br><br>STATE OF NEVADA, et al.,<br><br>      Respondents. | Case No. 3:25-cv-00473-ART-CSD<br><br>ORDER |

On October 16, 2025, this Court entered an Order, instructing Petitioner John Herbaugh to either pay his filing fee or file an application to proceed *in forma pauperis* within 30 days. (ECF No. 3.) That Order was returned as undeliverable, noting that Herbaugh is no longer at Northern Nevada Correctional Center. (ECF No. 4.) It appears that Herbaugh is now located at Southern Desert Correctional Center. (*Id.*)

It is therefore kindly ordered that the Clerk of the Court send Herbaugh a courtesy copy of the following to Southern Desert Correctional Center: (1) a copy of this Order, and (2) a copy of this Court's October 16, 2025, Order (ECF No. 3).

It is further ordered that Herbaugh update his address[1] by filing a notice of change of address within 30 days of this Order.

It is further ordered that Herbaugh's deadline to comply with this Court's October 16, 2025, Order is extended to December 31, 2025.

DATED THIS 18th day of November 2025.

                _____
                ANNE R. TRAUM
                UNITED STATES DISTRICT JUDGE

---

[1] The Local Rules of Practice require all parties to immediately file with the Court written notice of any change of address. LR IA 3-1, LR 2-2.

1