1
2
3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

4

JOHN HERBAUGH,                                    Case No. 3:25-cv-00473-ART-CSD

5                                   Petitioner,        DISMISSAL ORDER

6        v.

7    STATE OF NEVADA, et al.,

                                    Respondents.
8

9        Petitioner John Herbaugh commenced this federal habeas action on
10   September 4, 2025. (ECF No. 1.) On October 16, 2025, this Court entered an
11   Order, instructing Herbaugh to either pay his filing fee or file an application to
12   proceed *in forma pauperis* ("IFP") within 30 days. (ECF No. 3.) That Order was
13   returned as undeliverable, noting that Herbaugh was no longer at Northern
14   Nevada Correctional Center. (ECF No. 4.) Accordingly, on November 18, 2025,
15   this Court directed the Clerk of the Court to send Herbaugh a courtesy copy of
16   the October 16, 2025, Order at Northern Nevada Correctional Center; ordered
17   Herbaugh to update his address; and extended Herbaugh's deadline for paying
18   his filing fee or filing an IFP application to December 31, 2025. (ECF No. 5.)
19   Herbaugh was warned that "failure [to timely pay his filing fee or file an IFP
20   application would] result in the dismissal of this action without prejudice and
21   without further prior notice." (ECF No. 3.) To date, Herbaugh has not paid the $5
22   filing fee, filed an IFP application, filed a notice of change of address, requested
23   an extension of time, or taken any other action to prosecute this case.

24       It is therefore ordered that the Petition (ECF No. 1-1) is dismissed without
25   prejudice based upon Herbaugh's failure to properly commence this action.

26       It is further ordered that a Certificate of Appealability is denied, as jurists
27   of reason would not find dismissal of the Petition for the reasons stated herein to
28   be debatable or wrong.

1    It is further kindly ordered that the Clerk of Court (1) FILE the Petition

2    (ECF No. 1-1), (2) ADD Nevada Attorney General Aaron D. Ford as counsel for

3    Respondents,[1] (3) SEND the Nevada Attorney General a copy this Order and all

4    other filings in this matter by regenerating the notices of electronic filing, (4)

5    ENTER final judgment, and (5) CLOSE this case.

6    DATED THIS 12th day of January 2026.

7

8    _____

9    ANNE R. TRAUM
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    _____

28    [1] No response is required from Respondents other than to respond to any orders
      of a reviewing court.